# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

NABI OSMAN

V.

MICHAEL CHERTOFF, AS SECRETARY OF
HOMELAND SECURITY, ET AL.,
SEE ATTACHMENT

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C07 05750 RMW**

**RS**

TO: (Name and address of defendant)

ABOVE DEFENDANTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd Gallinger
Gill & Gallinger LLP
Two Park Plaza, Suite 760
Irvine, CA 92614
(949) 862-0010

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

NOV 1 3 2007
DATE

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me [1] | DATE 12/3/07 |
| Name of SERVER: Scott Alexander | TITLE: Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Pursuant to FRCP 4(i)(a), Copy of Complaint and Summons was mailed to Civil Process Clerk, Attorney General, & General Counsel of DHS, all by Certified Mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/15/08
                   Date

Signature of Server

Address of Server: 2 Park Plaza, Suite 760, Irvine, CA 92614

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**Postal Operati**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. OSMAN

1. Article Addressed to:

Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery DEC 04 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0001 3532 2331

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION
- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. OSMAN

1. Article Addressed to:

Civil Process Clerk
450 Golden Gate Ave
P.O. Box 36555
San Francisco, CA 94102

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 11/30/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0001 3532 2379

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign in

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0001 3532 2324**
Detailed Results:

- **Delivered, December 03, 2007, 4:53 am, WASHINGTON, DC 20530**
- **Notice Left, December 02, 2007, 6:16 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 02, 2007, 5:31 am, WASHINGTON, DC 20022**
- **Acceptance, November 27, 2007, 12:26 pm, ANAHEIM, CA 92803**

< Back    Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.



Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    1/15/2008