1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  NABIL OSMAN,                           )
                                           )  No. C 07-5750 RMW
13                 Plaintiff,              )
                                           )
14           v.                            )  **STIPULATION TO DISMISS PURSUANT**
                                           )  **TO FED. R. CIV. P. 41(a)**
15  MICHAEL CHERTOFF, as Secretary of the  )
    Department of Homeland Security;       )
16  EMILIO GONZALEZ, as Director of U.S.   )
    Citizenship and Immigration Services;  )
17  ROBIN BARRETT,* as Field Director of the )
    San Francisco District of U.S. Citizenship and )
18  Immigration Services;                  )
    ROBERT S. MUELLER, as Director of      )
19  Federal Bureau of Investigation;       )
    MICHAEL B. MUKASEY,* Attorney General  )
20  of Department of Justice,              )
                                           )
21                 Defendants.             )
                                           )
22

23       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24  of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action

25  without prejudice in light of the fact that the United States Citizenship and Immigration Services is

26  now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days

27  *Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor,
    Alberto Gonzales, as the United States Attorney General, and Robin Barrett is substituted for her
28  predecessor, David Still, as Field Office Director of the San Francisco District Office.

STIPULATED DISMISSAL
C07-5750 RMW                              1

1 | of the dismissal of this action.

2 |     Each of the parties shall bear their own costs and fees.

3 | Date: February 7, 2008          Respectfully submitted,

4 |          JOSEPH P. RUSSONIELLO
         United States Attorney

5 |

6 |          /s/
         MELANIE L. PROCTOR[1]

7 |          Assistant United States Attorney
         Attorneys for Defendants

8 | Date: February 7, 2008

9 |

10 |          /s/
         TODD GALLINGER
         Gill & Gallinger, LLP

11 |          Attorneys for Plaintiff

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C07-5750 RMW          2